PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Andrew Reihs | Case Number: 2:06CR02186-RHW-1

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 2, 2007 | Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: N/A

Original Sentence: Prison - 96 M; TSR - 36 M | Date Supervision Expires: N/A

---

**PETITIONING THE COURT**

To modify the conditions of supervision as follows:

20 You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

**CAUSE**

Andrew Reihs was sentenced on July 10, 2007, by Your Honor to 96 months incarceration and a 3-year term of supervised release. As a special condition of supervised release, Mr. Reihs was ordered to complete up to 180 days at the residential reentry center (RRC).

Mr. Reihs has been at the RRC since February 27, 2014, under the jurisdiction of the Bureau of Prisons. Mr. Reihs has used this time at the RRC to his advantage and has secured full-time employment at Rizzuto Foods. He has also submitted an address for release to the U.S. Probation Office that was deemed appropriate and has been approved.

Due to Mr. Reihs being employed full-time and having secured stable housing for release, it is respectfully requested that the above condition be removed.

If Your Honor has any questions, please contact the undersigned officer at (509) 742-6306.

Respectfully submitted,

by s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer
Date: September 17, 2014

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

September 22, 2014

Date