PROB 12C
(7/93)

Report Date: March 13, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew Reihs | Case Number: 0980 2:06CR02186-RHW-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 2, 2007

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 96 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | September 22, 2014 |
| Defense Attorney: | Rebecca Pennell | Date Supervision Expires: | September 21, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |

**Supporting Evidence**: On March 9, 2015, Andrew Reihs was arrested for being in possession of a controlled substance by the Sunnyside Police Department.

Mr. Reihs was in possession of a substance that field tested positive for cocaine, as well as a substance that field tested positive for heroin.

The offender has been charged with Possession of a Controlled Substance With Intent to Deliver, in violation of RCW 69.50.401, a Class B felony. He is currently being held at the Yakima County Jail on a $100,000 bond.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
**Re: Reihs, Andrew**
**March 13, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/13/2015

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

March 13, 2015

Date