PROB 12C
(6/16)

Report Date: September 19, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Andrew Reihs | Case Number: 0980 2:06CR02186-RHW-1 |
| Address of Offender: | Yakima, Washington 98901 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: October 2, 2007            Date of Revocation Sentence: February 19, 2016

Original Offense:    Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 96 months            Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation          Prison - 40 days (time served)
Sentence:           TSR- 33 months

Asst. U.S. Attorney:    Thomas J. Hanlon            Date Supervision Commenced: February 19, 2016

Defense Attorney:    Federal Defender's Office            Date Supervision Expires: June 24, 2019

### PETITIONING THE COURT

**To issue a warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 29, 2016, Mr. Reihs was given a copy of his judgment and his conditions of supervision were explained to him, to include the notice of firearms disabilities. Mr. Reihs signed his judgment reflecting that he understood his conditions fully.<br><br>On September 15, 2017, Mr. Reihs was arrested by Yakima Police Department (YPD) officers for unlawful possession of a firearm.<br><br>At approximately 11:05 p.m., Mr. Reihs was driving on North 1st Street and East 'H' Street in Yakima, Washington. A YPD officer observed the vehicle and stopped it for an equipment malfunction. The officer detected the odor of marijuana and other indicators of intoxication, such as blood shot eyes. Mr. Reihs admitted to marijuana use. After the initial investigation, he was arrested for DUI and taken into custody.<br><br>An additional YPD officer called for the mandatory tow for the vehicle once the driver was arrested for DUI. The tow form required brief inventory of number of keys and the mileage of the vehicle. The officer reached into the driver's side of the vehicle to turn it on so he |

Prob12C
**Re: Reihs, Andrew**
**September 19, 2017**
**Page 2**

could see the mileage display and to count the number of keys when he observed the silver receiver portion of a pistol partly concealed under the driver's seat. Visible on the firearm was the marking "9mm." He did not touch the pistol. He exited the vehicle entirely and then observed from several angles from outside the vehicle that the pistol was visible on the floorboard. The DUI tow was canceled and the contract tow was requested so that the vehicle could be towed for evidence pending a search warrant. Mr. Reihs was evaluated and found to be intoxicated by marijuana.

Mr. Reihs had his preliminary appearance in Yakima County Superior Court on September 18, 2017. He was detained with bail set at $50,000. His next court appearance is scheduled for October 2, 2017.

2      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 29, 2016, Mr. Reihs was given a copy of his judgment and his conditions of supervision were explained to him, to include the notice of firearms disabilities. Mr. Reihs signed his judgment reflecting that he understood his conditions fully.

On September 15, 2017, Mr. Reihs was arrested by Yakima Police Department (YPD) officers for driving under the influence (DUI) of marijuana.

At approximately 11:05 p.m., Mr. Reihs was driving on North 1st Street and East 'H' Street in Yakima, Washington. A YPD officer observed the vehicle and stopped it for an equipment malfunction. The officer detected the odor of marijuana and other indicators of intoxication, such as blood shot eyes. Mr. Reihs admitted to marijuana use. After the initial investigation, he was arrested for DUI and taken into custody.

An additional YPD officer called for the mandatory tow for the vehicle once the driver was arrested for DUI. The tow form required brief inventory of number of keys and the mileage of the vehicle. The officer reached into the driver's side of the vehicle to turn it on so he could see the mileage display and to count the number of keys when he observed the silver receiver portion of a pistol partly concealed under the driver's seat. Visible on the firearm was the marking "9mm." He did not touch the pistol. He exited the vehicle entirely and then observed from several angles from outside the vehicle that the pistol was visible on the floorboard. The DUI tow was canceled and the contract tow was requested so that the vehicle could be towed for evidence pending a search warrant. Mr. Reihs was evaluated and found to be intoxicated by marijuana.

Mr. Reihs was arraigned in Yakima Municipal Court on September 18, 2017, and was released with conditions. His next court appearance in this matter is scheduled for October 9, 2017.

Prob12C
**Re: Reihs, Andrew**
**September 19, 2017**
**Page 3**

The U.S. Probation Office respectfully recommends the Court **issue a warrant** for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 19, 2017

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Robert A. Whaley*
Signature of Judicial Officer

September 20, 2017
Date